JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MATTHEW JAMES ZAMORA,** | ) NO. CV 18-8044-PSG (KS) |
| **Petitioner,** | ) |
| | ) |
| **v.** | ) **JUDGMENT** |
| | ) |
| **KELLY SANTORO, Warden,** | ) |
| | ) |
| **Respondent** | ) |
| _____ | ) |

Pursuant to the Court's Order,

IT IS ADJUDGED that that this action is dismissed without prejudice.

DATE:  April 8, 2020

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE